STATE of Missouri, Respondent,

v.

Anthony WILLIAMS, Appellant.

Anthony WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64877, 66810.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Defendant, Anthony Williams, appeals the judgment entered upon his conviction of second degree robbery and the denial of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the trial court was supported by substantial evidence. Further, the denial of Defendant's Rule 29.15 motion without an evidentiary hearing was not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgments are affirmed pursuant to Rules 84.16(b) and 30.25(b).

Mary Jo LEFFLER,
Petitioner/Respondent,

v.

William Joseph LEFFLER,
Respondent/Appellant.

No. 67181.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1995.

Corinne R. Coston, Mary Ann Weems, Clayton, for appellant.

Kevin Robert Kelly, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Husband appeals from an order of the trial court denying his motion to set aside a default judgment which dissolved his marriage and decided issues of child custody, child support and property distribution. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).